IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| CORNILIUS DEVONTA PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-054 |
| | ) | |
| SERGEANT FREDDIE DAVIS and | ) | |
| SERGEANT CURMIT WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Court has been informed the Report and Recommendation and accompanying Order have been returned to the Clerk of Court as not deliverable as addressed, with a notation indicating Plaintiff is no longer incarcerated at Georgia State Prison. (See doc. no. 22.) The Court warned Plaintiff to inform the Court and opposing counsel of any change of address in its August 9 and November 28, 2022 Orders. (Doc. nos. 9, 15.) Thus, in addition to dismissal for failure to respond to the Court's prior orders, this case should also be dismissed for Plaintiff's failure to update his address, which similarly evidences a failure to prosecute.

On January 26, 2023, Defendant Williams filed a motion for relief from default. As this case is being dismissed, the motion is **MOOT**. (Doc. no. 23.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES**

**AS MOOT** the motion for relief from default, (doc. no. 23), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of February, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA