AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CORNILIUS DEVONTA PRICE,

    Plaintiff,

                  v.

SERGEANT FREDDIE DAVIS and
SERGEANT CURMIT WILLIAMS,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 6:20-054

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of February 3, 2023, the Magistrate Judge's Report and

Recommendation is adopted as the Court's opinion; therefore, the Motion for relief from default is

denied as moot and this case is dismissed without prejudice. This case stands closed.

02/03/2023

_Date_



John E. Triplett, Clerk of Court

_Clerk_

_Tara H. Burton_

*(By) Deputy Clerk*

GAS Rev 10/2020